JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GRIMMETT,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendant. | CV 11-6030 VBF (CWx)<br><br>JUDGMENT |

Pursuant to the Court's Minute Order of September 23, 2011, dismissing with prejudice plaintiff Denise Grimmett's ("Plaintiff's") claims against defendants Bank of America, N.A. and HSBC Bank USA, N.A. ("Defendants") for violation of the Truth in Lending Act ("TILA"), the Real Estate Settlement Procedures Act ("RESPA"), and California law,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff on her claims.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: September 23, 2011

                                                                _____<br>
                                                                 Percy Anderson<br>
                                                         UNITED STATES DISTRICT JUDGE